```
                                FILED _____ LODGED
                                RECEIVED _____ COPY

                                  MAR 2 2 2004

                                CLERK U S DISTRICT COURT
                                 DISTRICT OF ARIZONA
                                BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clint S. Fallow, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Herbalife International, Inc., et al.,<br><br>    Defendants. | No. CV03-2612-PHX-SRB<br><br>**ORDER** |

The Court has received and considered Herbalife's Motion for Transfer. Plaintiff having filed no opposition;

IT IS ORDERED granting Herbalife's Motion to Transfer. (Doc. 2-1).

IT IS FURTHER ORDERED transferring this case to the United States District Court for the District of Idaho.

DATED this 19th day of March, 2004.

_____
Susan R. Bolton
United States District Judge

